

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:23CR109 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| JAKYRA BLAKELY-TONEY | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about the following dates, in the Northern District of Indiana,

**JAKYRA BLAKELY-TONEY**,

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed dealers of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the following firearms dealers with respect to a fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she lived at an address of 1427 N. Glenwood Ave, Apt 1B, Griffith, IN, whereas in truth and in fact, she well knew she did not live at that

address;

In violation of Title 18, United States Code, Section 922(a)(6)

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 1 | 3/17/21 | Blythe's Sports |
| 2 | 4/15/21 | Blythe's Sports |
| 3 | 5/17/21 | Blythe's Sports |
| 4 | 6/11/21 | South County Guns |
| 5 | 6/15/21 | Westforth Sports |
| 6 | 7/10/21 | 95 Bravo |
| 7 | 7/10/21 | Tommy Guns |

**THE GRAND JURY FURTHER CHARGES:**

On or about the following dates, in the Northern District of Indiana,

**JAKYRA BLAKELY-TONEY**,

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed dealers of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealers, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she lived at an address of 1427 N. Glenwood Ave, Apt 1B, Griffith, IN, whereas in

truth and in fact, she well knew she did not live at that address;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 8 | 3/17/21 | Blythe's Sports |
| 9 | 4/15/21 | Blythe's Sports |
| 10 | 5/17/21 | Blythe's Sports |
| 11 | 6/11/21 | South County Guns |
| 12 | 6/15/21 | Westforth Sports |
| 13 | 7/10/21 | 95 Bravo |
| 14 | 7/10/21 | Tommy Guns |

A TRUE BILL:

s/Foreperson
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: s/Joel L. Mathur
Joel L. Mathur
Assistant United States Attorney