UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:23 CR 109 |
| v. | ) | |
| | ) | |
| JAKYRA BLAKELY-TONEY | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

Comes now the United States of America, by its counsel, Tina L. Nommay, Acting United States Attorney for the Northern District of Indiana, through Joel L. Mathur, Assistant United States Attorney, and files the below sentencing memorandum addressing the 18 U.S.C. § 3553 factors.

Under the advisory Sentencing Guidelines, Blakely-Toney's final adjusted offense level is 13 and his criminal history category is I, resulting in an advisory guideline imprisonment range of 12-18 months.

**I**. **Sentencing Guidelines and Sentencing Law**

The Court must take into account the factors set forth in 18 U.S.C. § 3553(a), including: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the kinds of sentences available; (3) the sentencing range established for the applicable category of offense committed by the applicable category of defendant; (4) the pertinent Sentencing Commission policy statements; (5) the need to avoid unwarranted sentencing disparities; (6) the need to provide restitution to

victims; and (7) the need for judges to impose sentences that reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence, protect the public, and effectively provide the defendant with needed educational or vocational training and medical care.

Based upon the Section 3553 factors, the government's position is that a sentence of 12 months, with 6 months of imprisonment, is a fair and reasonable sentence under all circumstances.

## II. **Application of the 3553(a) Factors**

A. Nature and Circumstances of the Offense

Between March of 2021 and July 2021, Jakyra Blakely-Toney bought at least 18 firearms from Federally Licensed Firearms dealers in the Northern District of Indiana. Defendant placed an address of 1427 North Glenwood Avenue, Apartment 1B in Griffith, IN on each ATF 4473 form, which a buyer certifies that all answers are correct before a firearm is transferred to them. However, documents show that Blakely-Toney moved from that address on August 27, 2020. To date, at least seven firearms have been recovered by law enforcement that Blakley-Toney purchased.

B. History and Characteristics of the Defendant

Jakyra Blakely-Toney does not have a criminal history convictions.

C. Deterrence, Just Punishment, Protection of the Public, and Seriousness of

the Offense

Jakyra Blakely-Toney was reckless in her actions. She bought guns at a rapid pace, that is indicative of reselling. In addition, seven of the guns she purchased were recovered by law enforcement. This contributes to the danger in our community.

### III. Conclusion

Accordingly, the government respectfully requests a sentence of 12 months, with six months imprisonment, as a fair and just sentence taking into account all 3553(a) factors and factoring in deterrence from this offense and others like it. The term of imprisonment to be followed by a term of supervised release at the Court's discretion.

WHEREFORE, based upon the Section 3553 factors, the government respectfully requests the Court sentence the defendant to 12 months, with six months imprisonment, as a fair and reasonable sentence under all circumstances.

Respectfully submitted,

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

BY:  */s/ Joel L. Mathur*
   Joel L. Mathur
   Assistant United States Attorney
   United States Attorney's Office
   Northern District of Indiana
   5400 Federal Plaza, Suite 1500
   Hammond, Indiana 46320
   Tel:  (219) 937-5500
   Fax:  (219) 852-2770
   E-mail: joel.mathur@usdoj.gov